246 So.2d 194

**STATE of Louisiana ex rel.
Lawrence MAGEE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51281.

April 7, 1971.

In re: Lawrence Magee applying for writs of certiorari and habeas corpus.

Writ granted. The trial court is ordered to grant an evidentiary hearing limited to the question of whether applicant's plea of guilty was knowing and intelligent.

246 So.2d 194

**Veatrice Mary Perrault Parks CAR-MOUCHE, Maxey Joseph Parks and Geraldine Parks Ramirez**

v.

**SYLVESTER'S HOUSE MOVING, INC., Adam Vidrine, Jr., James Warren Sylvester and Oscar Sylvester, Jr.**

No. 51259.

April 7, 1971.

In re: Adam Vidrine, Jr., Oscar Sylvester, Jr. and Warren Sylvester applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 244 So.2d 361.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

BARHAM, J., is of the opinion the assignment of error on the refusal to award damages for the wrongful issuance of the restraining order under its reconventional demand is a good assignment. No bond was posted—it was wrongfully issued. The issue of damages is properly before the court.